UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERNATIONAL PAINTERS AND<br>ALLIED TRADES INDUSTRY, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>A. LAUGENI & SON, INC., and<br>CAROLYN J. LAUGENI,<br>    Defendants. | No. 3:15-cv-999 (SRU) |

### RULING ON MOTION FOR DEFAULT JUDGMENT

Plaintiffs International Painters, et al., filed this action on February 10, 2015, against defendants A. Laugeni & Son, Inc. ("Laugeni & Son"), and Carolyn J. Laugeni (doc. # 1). Defendants were duly served with the Summons and Complaint on March 18, 2015. Returns of Service were filed with this court as attachments to plaintiffs' motion for default entry on August 12, 2015 (doc. # 34-1). Laugeni & Son neither appeared nor took any action in this case.

On August 27, 2015, a default entered against Laugeni & Son (doc. # 36). The plaintiffs filed a motion for default judgment on September 22, 2015 (doc. # 39). In their motion, plaintiffs sought a judgment of $186,288.42 to be entered in accordance with the collective bargaining agreements and 29 U.S.C. §§ 1132(g), 1145. The requested judgment consisted of the following elements: (1) $98,849.24 in unpaid contributions from January 2009 through May 2013; (2) $13,142.25 in interest, calculated in accordance with 26 U.S.C. § 6621 from the date the contributions became due; (3) $19,769.87 in liquidated damages as provided by the collective bargaining agreements; (4) $6,249.98 in audit costs as provided by the collective bargaining agreements; and (5) $48,277.07 in attorneys' fees.

During a phone conference held on November 23, 2015, I requested a supplemental affidavit from plaintiffs that set forth the amount of attorneys' fees and costs expended in the action against Laugeni & Son, separate and apart from the fees and costs incurred in the action against the other defendant, Carolyn J. Laugeni.  On December 4, 2015, plaintiffs filed a supplemental affidavit setting forth an amount of $24,537.32 in attorneys' fees and costs incurred in the action against the defaulting defendant, Laugeni & Son.

Substituting the revised amount of attorneys' fees and costs ($24,537.32) for the initially sought amount ($48,277.07), I conclude that a total amount of $162,548.66 represents an appropriate measure of damages.  Accordingly, I grant plaintiffs' motion for default judgment (doc. # 39) as modified by plaintiffs' supplemental affidavit (doc. # 44).  The clerk shall enter judgment in favor of the plaintiffs, and against the defendant Laugeni & Son, in the total amount of $162,548.66, plus interest at the statutory rate from the date judgment is entered.

So ordered.

Dated at Bridgeport, Connecticut, this 28th day of January 2016.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge